**THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

---

| | |
|---|---|
| Ron Jackson, | Civ. No. 0:10-cv-3617 (JRT/FLN) |
| Plaintiff, | |
| vs. | **DEFENDANT'S NOTICE OF MOTION FOR DEFAULT JUDGMENT** |
| Transcom Payment Services, Inc. and Merchant E-Solutions, Inc., | |
| Defendant. | |

---

**TO: PLAINTIFF, RON JACKSON AND HIS ATTORNEYS, RICK PETRY, ESQ., MANSFIELD TANICK & COHEN, PA, 1700 U.S. BANK PLAZA, 220 SOUTH SIXTH STREET, MINNEAPOLIS MN 55402.**

**NOTICE OF MOTION**

PLEASE TAKE NOTICE that on December 20, 2010, at 4:00 p.m., Defendant Merchant e-Solutions will appear before the Honorable Judge John R. Tunheim, United States District Court, 13E U.S. Courthouse, 300 South Fourth Street, Minneapolis, MN 55402 and move this Court for an Order For Default Judgment against Plaintiff.

Dated: November 17, 2010    **HALLELAND HABICHT P.A.**

By:  s/Natalie Wyatt-Brown
Natalie Wyatt-Brown (#0260757)
33 South Sixth Street, Suite 3900
Minneapolis, MN   55402
Telephone:  (612) 836-5510
Facsimile:  (612) 836-5599
nwyatt-brown@hallelandhabicht.com

**ATTORNEYS FOR DEFENDANT
MERCHANT E-SOLUTIONS, INC.**