## HALLELAND HABICHT

**Halleland Habicht PA**
33 South Sixth Street, Suite 3900 • Minneapolis, MN 55402
612.836.5500 • Fax 612.836.5599 • www.hallelandhabicht.com

Natalie Wyatt-Brown
Direct Line: (612) 836-5510
E-mail: nwyatt-brown@hallelandhabicht.com

January 18, 2011

*VIA ELECTRONIC MAIL*

Magistrate Judge Franklin L. Noel
U.S. Courthouse, Suite 9W
300 South 4th Street
Minneapolis, MN 55415

Re: **Ron Jackson v. Merchant e-Solutions, Inc.**
**Case No. 10-CV-03617 (JRT/FLN)**

Dear Judge Noel:

As you know, a settlement conference in this matter was recently rescheduled for February 4, 2011 at 2:00 p.m. Unfortunately, our management representative is unable to attend the settlement conference at that time due to a prior commitment. Opposing counsel and I have discussed this and are in agreement that to have a settlement discussion now, without having had a meaningful opportunity to investigate the claims, would be premature.

Therefore, the parties jointly request postponing the settlement conference until April 2011, to allow the parties to conduct discovery.

Very truly yours,

Natalie Wyatt-Brown

cc: Rick Petry, Esq.