## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

Ron Jackson,                                        Court File No.: 0:10-CV-3617 (JRT/FLN)

          Plaintiff,

                                          **STIPULATION OF DISMISSAL**

v.                                                  **WITH PREJUDICE**

Transcom Payment Services, Inc. and
Merchant E-Solutions, Inc.,

          Defendants.

---

      The parties to the above-captioned matter have fully settled and compromised their differences and hereby stipulate and agree to dismiss the above-captioned matter with prejudice and without costs to either party pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii).

                                      **MANSFIELD, TANICK & COHEN, P.A.**

Date:  July 8, 2011.            By:     /s/ Rick L. Petry_____
                                 Rick L. Petry (#292503)
                                 1700 U.S. Bank Plaza South
                                 220 South Sixth Street
                                 Minneapolis, MN  55402-4511
                                 (612) 339-4295
                                 (612) 339-3161 (*facsimile*)

                                 **ATTORNEYS FOR PLAINTIFF**

**HALLELAND HABICHT P.A.**

Dated:  July 13, 2011             By ____/s/ Natalie Wyatt-Brown_____
                                         Natalie Wyatt-Brown (#260757)
                                         33 South Sixth Street
                                         Suite 3900
                                         Minneapolis, MN 55402
                                         Telephone No. 612-836-5500
                                         **ATTORNEY FOR DEFENDANTS**