## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| RON JACKSON, | Civil No. 10-3617 (JRT/FLN) |
| Plaintiff, | |
| v. | **DISMISSAL ORDER** |
| TRANSCOM PAYMENT SERVICES, INC., AND MERCHANT E-SOLUTIONS, INC., et al., | |
| Defendants. | |

Rick Petry, **MANSFIELD TANICK & COHEN, PA,** 220 South Sixth Street, Suite 1700, Minneapolis, MN 55402, for plaintiff.

Natalie Wyatt-Brown, **HALLELAND HABICHT PA,** 33 South Sixth Street, Suite 3900, Minneapolis, MN 55402, for defendants.

This matter is before the Court on the stipulation of dismissal with prejudice filed by the parties on July 13, 2011 [Docket No. 51].

**IT IS HEREBY ORDERED** that the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

DATED: July 14, 2011
at Minneapolis, Minnesota.

                                                                   s/ John R. Tunheim
                                                        JOHN R. TUNHEIM
                                         United States District Judge