AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

RON JACKSON,

        Plaintiff,

V.

TRANSCOM PAYMENT SERVICES, INC., AND MERCHANT E-SOLUTIONS, INC., et al.,

        Defendants.

**JUDGMENT IN A CIVIL CASE**

Case Number: 10-3617 (JRT/FLN)

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
the above-captioned matter is hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

July 15, 2011                                                          RICHARD D. SLETTEN, CLERK
Date

                                                                               s/ J. Zuech
                                                        (By)                          J. Zuech    Deputy Clerk